```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
TERRANCE M. TARTT              :
by JEANNIE GASTON,             :
                               :
     Plaintiff,                :
                               :
v.                             :       CIVIL ACTION 05-0434-M
                               :
JO ANNE B. BARNHART,           :
                               :
     Defendant.                :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Terrance M. Tartt by Jeannie Gaston.

DONE this 21st day of March, 2006.

```
                          s/BERT W. MILLING, JR.
                          UNITED STATES MAGISTRATE JUDGE
```